1  Brent M. Karren (State Bar No. 291038)
   bkarren@mgmlaw.com
2  Emily M. Westfall (State Bar No. 314769)
   ewestfall@mgmlaw.com
3  **MANNING GROSS + MASSENBURG LLP**
   201 Spear Street, Suite 1800
4  San Francisco, California 94105
   Tel: (415) 512-4381
5  Fax: (415) 512-6791

6  Attorneys for Defendant
   **ILLINOIS TOOL WORKS INC.**

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOLLIVER, as heir to and representative of the ESTATE OF JOHNNY TOLLIVER, SR.; JOHNNY TOLLIVER, JR. as surviving child of JOHNNY TOLLIVER, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> CRANE CARRIER, et al., <br><br> Defendants. | Case No.: 4:18-cv-01078-KAW <br><br> *Assigned to:* <br> *Hon. Kandis A. Westmore* <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO JUNE 12, 2018 AT 1:30 PM** <br><br> Complaint Filed: December 12, 2017 <br> Date Removed: February 20, 2018 <br> Trial Date: Not SetTolliver - |

This Stipulation is entered into by and among the Plaintiffs and Nominal Defendants, MARY TOLLIVER, as heir to and representative of the ESTATE OF JOHNNY TOLLIVER, SR.; JOHNNY TOLLIVER, JR. as surviving child of JOHNNY TOLLIVER, SR; and ISAAC ISRAEL TOLLIVER, as surviving child of JOHNNY TOLLIVER, SR., by and through his mother and Guardian, ARIE CROCKETT ("Plaintiffs"), and Defendant, ILLINOIS TOOL WORKS INC. ("ITW"), answering party on behalf of named defendants Illinois Tool Works, Inc. and Crane Carrier, by and through their respective counsel;

*Whereas*, lead trial counsel for ITW is unavailable on the scheduled date for the Initial Case Management Conference on May 29, 2018;

*Whereas,* the parties anticipate consolidating the following two related matters:

a. *Isaac Israel Tolliver, as surviving child of Johnny Tolliver, Sr., by and through his mother and Guardian, Arie Crockett v. Crane Carrier Company, et al.; Case No. 4:18-cv-01091-SBA*

b. *Mary Tolliver, as heir to and representative of the Estate of Johnny Tolliver, Sr., Johnny Tolliver, Jr., as surviving child of Johnny Tolliver, Sr. v. Crane Carrier, et al.; Case No. 4:18-cv-01078-KAW*

*Whereas*, Counsel for all parties of record in both matters have met and conferred and agree that June 12, 2018 is a mutually agreeable date for which all counsel will be available;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and ITW, that:

1. All counsel of record agree to and request that the Court continue the Initial Case Management Conference to June 12, 2018 at 1:30 P.M.

2. All counsel of record agree to and request that the Court extend the deadline for filing a Joint Case Management Statement and making Rule 26 Disclosures to May 31, 2018.

Dated: May 15, 2018

THE VEEN FIRM, P.C.

Elinor Leary, Esq.
David Winnett, Esq.,
Attorneys for Plaintiffs,
MARY TOLLIVER,
and JOHNNY TOLLIVER, JR.

Dated: May 16, 2018

**MANNING GROSS + MASSENBURG, LLP**

Brent Karren, Esq.
Emily Westfall, Esq.,
Attorneys for Defendant,
ILLINOIS TOOL WORKS INC.

**[PROPOSED] ORDER**

The above stipulation having been considered and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/23/18    _____
The Honorable Kandis A. Westmore
MAGISTRATE JUDGE