Brent M. Karren (State Bar No. 291038)
bkarren@mgmlaw.com
Emily M. Westfall (State Bar No. 314769)
ewestfall@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
201 Spear Street, Suite 1800
San Francisco, California 94105
Tel: (415) 512-4381
Fax: (415) 512-6791

Attorneys for Defendant
**ILLINOIS TOOL WORKS INC.**

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TOLLIVER, as heir to and representative of the ESTATE OF JOHNNY TOLLIVER, SR.; JOHNNY TOLLIVER, JR. as surviving child of JOHNNY TOLLIVER, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>CRANE CARRIER, et al.,<br><br>Defendants. | Case No.: 4:18-cv-01078-KAW<br><br>*Assigned to:*<br>*Hon. Kandis A. Westmore*<br><br>**STIPULATION REGARDING PLAINTIFFS MARY TOLLIVER AND JOHNNY TOLLIVER, JR.'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Complaint Filed: December 12, 2017<br>Date Removed: February 20, 2018<br>Trial Date: January 6, 2020 |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and among the parties, plaintiffs MARY TOLLIVER, as heir to and representative of the ESTATE OF JOHNNY TOLLIVER, SR.; JOHNNY TOLLIVER, JR. as surviving child of JOHNNY TOLLIVER, SR. ("Plaintiffs"), and defendant ILLINOIS TOOL WORKS INC., the answering party on behalf of named Defendant Crane Carrier ("ITW"), by and through their respective counsel, as follows:

1. ITW's Answer to Plaintiffs' Complaint is deemed to be ITW's Answer to Plaintiffs' First Amended Complaint;
2. ITW is not required to file any additional Answer to Plaintiffs' First Amended Complaint.

DATED: July 10, 2018  **THE VEEN FIRM, P.C.**

By: */s/ David Winnett*
Elinor Leary, Esq.
David Winnett, Esq.
Attorneys for Plaintiffs,
**MARY TOLLIVER and JOHNNY TOLLIVER, JR.**

DATED: July 10, 2018  **MANNING GROSS + MASSENBURG, LLP**

By: */s/ Emily M. Westfall*
Brent M. Karren, Esq.
Emily M. Westfall, Esq.
Attorneys for Defendant,
**ILLINOIS TOOL WORKS INC.**

**[PROPOSED] ORDER**

Having reviewed the foregoing Stipulation by and among Plaintiffs and Defendant IT IS HEREBY ORDERED AS FOLLOWS:

1. ITW's Answer to Plaintiffs' Complaint is deemed to be ITW's Answer to Plaintiffs' First Amended Complaint;

2. ITW is not required to file any additional Answer to Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 10, 2018

_____
Magistrate Judge KANDIS A. WESTMORE