UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Tolliver, et al., <br><br>　　　　Plaintiff(s) <br><br>v. <br><br>Crane Carrier, et al., <br><br>　　　　Defendant(s) | CASE No C 4:18-CV01078-KAW <br><br>STIPULATION AND [PROPOSED] <br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

- ☒ **Private ADR** (*specify process and provider*)  Private mediation with mutually agreed upon mediator to be determined.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

- ☒ other requested deadline: July 31, 2019

Date: 7/9/2018　　　　　　　　　　　　/s/ David Winnett and /s/ Audrey Siegel
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
Date: 7/9/2019　　　　　　　　　　　　/s/ Emily Westfall
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:


Date: 7/10/18　　　　　　　　　　　　　　　　　　　　/s/ Kandis Westmore
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*